**Shirl DECKER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

April 20, 1962.

Rehearing Denied June 22, 1962.

R. H. Cannon, Leitchfield, for appellant.

John B. Breckinridge, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appellant, Shirl Decker, was convicted in the Hardin Circuit Court of transporting alcoholic beverages for the purpose of sale in dry local option territory. He was fined $100 and sentenced to 45 days in jail.

A consideration of the record and of the points raised in appellant's brief has failed to disclose any error prejudicial to appellant's substantial rights and the judgment is therefore affirmed.